**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7307**

EDWARD WILLIAMS,

              Plaintiff - Appellant,

        v.

CORRECTIONAL MEDICAL SERVICES,

              Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.    J. Frederick Motz, Senior District Judge.  (1:14-cv-02412-JFM)

Submitted:  December 18, 2014        Decided:  December 23, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Williams v. Corr. Med. Servs., No. 1:14-cv-02412-JFM (D. Md. Aug. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED